**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AMBER MARIE NAVEDO,

                Plaintiff,                      20 **CIVIL** 10013 (JLC)

       -v-                                 **JUDGMENT**

KILOLO KIJAZAKI,
ACTING COMMISSIONER
OF THE SOCIAL SECURITY ADMINSTRATION,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated July 25, 2022, Navedo's motion is granted, the Commissioner's cross-motion is denied, and the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g).

**Dated:**  New York, New York
            July 26, 2022

                                                        **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                              **BY:**     *K. Mango*
                                                          **Deputy Clerk**